# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| S.S. ) | COURT MINUTES - CIVIL | |
| *by and through her legal guardian* ) | BEFORE: Magistrate Judge Noel | |
| *and parent, Phaedra Singleton* ) | **Chambers 9W**- Minneapolis | |
| Plaintiff, ) | Case No: | Civil    13-967 RHK/FLN |
| ) | Date: | August 18, 2014 |
| v. ) | Court Reporter: | n/a |
| ) | Time Commenced: | 9:30 a.m. |
| ) | Time Concluded: | 12:52 p.m. |
| Brian Cummings et al, ) | Time in Court: | 3  Hours & 22  minutes |
| Defendant. ) | | |

Hearing on: **SETTLEMENT CONFERENCE**

APPEARANCES:

    Plaintiff:    Joshua Williams

    Defendant:    Sara Lathrop and Sarah McLaren

    PROCEEDINGS:

☒  Settlement reached.

s/ *Theresa Anderson*
Judicial Assistant
