# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| S.S. | ) | AMENDED COURT MINUTES - CIVIL |
| *by and through her legal guardian* | ) | BEFORE: Magistrate Judge Noel |
| *and parent, Phaedra Singleton* | ) | **Chambers 9W**- Minneapolis |
| Plaintiff, | ) | Case No:   Civil   13-967 RHK/FLN |
| | ) | Date:   August 19, 2014 |
| v. | ) | Court Reporter:   n/a |
| | ) | Time Commenced:  9:30 a.m. |
| | ) | Time Concluded:   12:52 p.m. |
| Brian Cummings et al, | ) | Time in Court:   3 Hours & 22 minutes |
| Defendant. | ) | |

Hearing on: **SETTLEMENT CONFERENCE**

APPEARANCES:

    Plaintiff:   Joshua Williams

    Defendant:   Sara Lathrop and Sarah McLaren

    PROCEEDINGS:

☒ Settlement reached.

s/ *Theresa Anderson*
Judicial Assistant
