# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| S.S., by and through her legal guardian and parent, Phaedra Singleton, | Civil No. 13-967 (RHK/FLN) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| Brian Cummings, Kevin Franek, City of Minneapolis, | |
| Defendant.s | |

---

Pursuant to the Order Approving Minor Settlement Agreement and Release of All Claims (Doc. No. 22), **IT IS ORDERED** that the above-entitled action is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  October 9, 2014

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge