# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| S.S., by and through her legal guardian and parent, Phaedra Singleton, | Case No.: 13-CV-00967 (RHK/FLN) |
| Plaintiff, | |
| v. | STIPULATION OF DISMISSAL AS TO INDIVIDUAL DEFENDANTS |
| Brian Cummings, Kevin Franek, and the City of Minneapolis, | |
| Defendants. | |

---

The parties, by and through their undersigned attorneys of record, hereby stipulate that the Court may dismiss Plaintiff's Claims against Officer Brian Cummings and Officer Kevin Franek, with prejudice and without costs to either party.

Dated: 10-6-2014

JRW LAW

By: *[signature]*
JOSHUA R. WILLIAMS
3249 Hennepin Ave. S
Suite 216
Minneapolis, MN 55408
(612) 486-5540
***Attorney for Plaintiffs***

Dated: 10-6-14

SUSAN L. SEGAL
City Attorney

By: *[signature]*
SARA J. LATHROP (#310232)
SARAH C.S. McLAREN (#345878)
Assistant City Attorneys
350 South 5th Street, Room 210
Minneapolis, MN 55415
(612) 673-2183
***Attorneys for Defendants***